81,470-01

**SUBSEQUENT**

**WRIT OF HABEAS CORPUS**

**CERTIFIED COPIES OF**

**POST CONVICTION**

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 26 2015

Abel Acosta, Clerk

FROM:          248TH CRIMINAL COURT

OF

HARRIS COUNTY, TEXAS

ROLANDO TORRES
872184-A

APPLICANT

VS.

THE STATE OF TEXAS

RESPONDENT

REV. 01-02-04

# <u>INDEX</u>

**PAGE**

APPLICATION FOR WRIT OF HABEAS CORPUS      1

STATE'S MOTION REQUESTING DESIGNATION OF ISSUES      2

STATE'S PROPOSED ORDER DESIGNATING ISSUES      3

LETTER TO APPLICANT      5

CERTIFICATE OF THE CLERK      6

REV: 01-02-04

# PATRICIA R. LYKOS
## DISTRICT ATTORNEY
### HARRIS COUNTY, TEXAS

December 13, 2011

Chris Daniel, District Clerk
Harris County, Texas
1201 Franklin
Houston, Texas  77002

Re:  Ex parte _Rolando Torres____
No. 872184-A____ in the _248th___
District Court of Harris County, Texas
Filing date: 11/17/11

Date copy of writ delivered to District Attorney's Basket: 12/13/11___
By:  __Linda Bradley_____

Dear Sir:

I hereby acknowledge receipt of a copy of the above-captioned post conviction application for writ of habeas corpus, filed pursuant to Article 11.07 of the Texas Code of Criminal Procedure. Therefore, I waive service by certified mail as provided therein.

I understand that I have 15 days from the date received to answer.

Sincerely,



Date Received

**DEC 1 5 2011**

Assistant District Attorney
Harris County, Texas





NO. 872184-A

EX PARTE                          §          IN THE 248th DISTRICT COURT

                                  §          OF

ROLANDO TORRES,
Applicant                         §          HARRIS COUNTY, TEXAS

## THE STATE'S MOTION REQUESTING DESIGNATION OF ISSUES

The State of Texas, by and through its Assistant District Attorney for Harris County,

requests that this Court, pursuant to TEX. CODE CRIM. PROC. art. 11.07, §3(d), designate the

following issue which needs to be resolved:

1.  Whether the applicant received the effective assistance of counsel on appeal.

Service has been accomplished by mailing a true and correct copy of the foregoing

instrument to the following address:

> Rolando Torres
> #1065518 – Allred Unit
> 2101 FM 369 N.
> Iowa Park, Texas 76367

SIGNED December 18, 2011.

Respectfully submitted,

Kevin P. Keating
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-6657, (713) 755-5809 (fax)
Texas Bar I.D. #00787813



NO. 872184-A

EX PARTE                           §         IN THE 248th DISTRICT COURT

                                   §         OF

ROLANDO TORRES,
  Applicant                        §         HARRIS COUNTY, TEXAS

## THE STATE'S PROPOSED ORDER DESIGNATING ISSUES

Having reviewed the applicant's application for writ of habeas corpus, the Court finds

that the following issue needs to be resolved in the instant proceeding:

1. Whether the applicant received the effective assistance of counsel on appeal.

Therefore, pursuant to Article 11.07, §3(d), this Court will resolve the above-cited issues

and then enter findings of fact.

The Clerk of the Court is **ORDERED <u>NOT</u>** to transmit at this time any documents in the

above-styled case to the Court of Criminal Appeals until further order by this Court.

By the following signature,

the Court adopts the State's Proposed Order Designating Issues.

SIGNED on the ___ day of ___ 201_

_____
PRESIDING JUDGE

Writ Clerk:
I truly + really signed this on
the 21st Day of Dec, 2011 +
I swear to this fact.

13/999                    12-21-11



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

December 22, 2011

PATRICIA LYKOS
DISTRICT ATTORNEY
HARRIS COUNTY, TEXAS

To Whom It May Concern:

Pursuant to Article 11.07 of the Texas Code of Criminal Procedure, please find enclosed copies of the documents indicated below concerning the Post Conviction Writ filed in cause number 872184-A in the 248TH District Court.

☐ State's Original Answer Filed

☐ Affidavit Filed

☒ Court Order Dated December 21, 2011.

☐ Respondent's Proposed Order Designating Issues & Order for filing affidavit

☐ Respondent's Proposed Findings of Fact and Order Dated

☒ Other

Sincerely,

Daisy Molina, Deputy
Criminal Post Trial

*Enclosure(s) –MOTION/ORDER DESIGNATING ISSUES*



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

December 22, 2011

ROLANDO TORRES
#1065518-ALLRED UNIT
2101 FM 369 N.
IOWA PARK, TX 76367

To Whom It May Concern:

Pursuant to Article 11.07 of the Texas Code of Criminal Procedure, please find enclosed copies of the documents indicated below concerning the Post Conviction Writ filed in cause number 872184-A in the 248TH District Court.

☐ State's Original Answer Filed

☐ Affidavit Filed

☒ Court Order Dated December 21, 2011.

☐ Respondent's Proposed Order Designating Issues & Order for filing affidavit

☐ Respondent's Proposed Findings of Fact and Order Dated

☒ Other

Sincerely,

Daisy Molina, Deputy
Criminal Post Trial

*Enclosure(s) –MOTION/ORDER DESIGNATING ISSUES*

---

1201 FRANKLIN • P.O. BOX 4651 • HOUSTON, TEXAS 77210-4651 • (888) 545-5577

PAGE 1 OF 1                                                                REV: 01-02-04

SUPPLEMENTAL
CERTIFICATE OF THE CLERK

APPLICANT IN CUSTODY

THE STATE OF TEXAS              {  IN THE 248th DISTRICT COURT

COUNTY OF HARRIS                {  OF HARRIS COUNTY, TEXAS

I, CHRIS DANIEL, District Clerk of Harris County, Texas, do hereby certify that the

foregoing _6_ pages contain true and correct copies of original records now in my

lawful custody and possession relating to cause number 872184-A including the petition,

all answers filed by the State, the Order of the Court (entered on the 17TH day of

MARCH,A.D., 2015 ) and each document, the inclusion of which was thereby ordered.

I further certify the Applicant ROLANDO TORRES is in the custody of the Texas

Department of Criminal Justice Institutional Division.

Witness my hand and seal of said Court at Houston, Texas, on this the 17th day of

MARCH, 2015.

CHRIS DANIEL, District Clerk
Harris County, Texas

By: _____
Roxana Garcia, Deputy